United States District Court
Eastern District of Wisconsin

---

Herman William Highshaw,

    Plaintiff,

v.

Correctional Officers Martin, Watkins, Smith, and Health-care Provider Laura Sukowaty,

    Defendants.

Notice Of Motion And Motion To Amend The Caption Of The Lawsuit Adding The Name Of The Jane Doe Defendant.

Case No.: 2019CV1547-LA

---

Now Come, Plaintiff Herman W. Highshaw, a state prisoner, appearing in this matter pro se, without counsel, and pursuant to Rule 15(a), Fed.R.Civ.P., and by this pleading will move and does so move the district court at a time, place, and in a manner to be determined by the district court to amend the lawsuit by adding the following:

1). Laura Sukowaty, the health care provider, currently named as Jane Doe in the pending lawsuit who provided Plaintiff with constitutionally deficient medical treatment (ECF No. 10:7).

2). The identity of the medical provider through Milwaukee County Jail in response to Plaintiff's Open Records Request filed pursuant to Wis. Stat. § 19.35-37 (Attachment #1).

Page 2: <u>Motion to Amend Comp. Caption</u>
E.D. Wis. Case No.: 2019cv1547-LA

3). In addition, on April 01, 2020, following the screening of Highshaw's lawsuit, the district court added Milwaukee County Jail Correctional Officers Martin, Watkins, and Smith.

Wherefore, Highshaw prays that this Court grants the foregoing pleading and order the caption to be amended and when and where Jane Doe appears in the lawsuit, the Doe be replaced with Laura Sukowaty.

Executed on this 26th day of May, 2020, in Waupun, Wisconsin.

Respectfully submitted by:

_____
Plaintiff, Pro Se

Waupun Correctional Institution
Post Office Box 351
Waupun, Wisconsin 53963-0351.