19-C-1547



| Milwaukee County, WI<br>Milwaukee County Jail<br>949 N. 9th Street<br>Milwaukee, WI 53233 | **Provider Progress Notes** | wellpath |

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| HERMAN W HIGHSHAW | 295287 | 2019010704 | ██ 83 | 5/6/2019 |

**Orders:**

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| nortriptyline 25 mg capsule | 1.00 capsule | Milwaukee MCJ: Q HS | 5/3/2019 8:00:00 PM | 5/8/2019 7:59:00 PM |
| IBU (Ibuprofen) 800 mg tablet | 1.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 5/6/2019 8:00:00 AM | 5/11/2019 7:59:00 AM |
| Nasal Spray (sodium chloride) (Sodium Chloride) 0.65 % Aerosol | 1.00 - 2.00 aerosol, spray | Milwaukee MCJ: TID AM Noon & HS | 5/6/2019 10:56:53 AM | 5/16/2019 10:55:53 AM |
| Vitals: Full (BP, HR, O2% Resp, Temp) | 1.00 misc | Milwaukee MCJ: TID AM Noon & HS | 5/6/2019 1:00:00 PM | 5/8/2019 12:59:00 PM |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 05-06-2019 | Acute | Injury | Fracture of orbital floor, sequela | hospital |
| 05-02-2019 | Chronic | Neuro | Chronic pain syndrome | |

**Patient Allergies:**

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 05-02-2019 | Allergy Items | Tomato | Hives |

☐ Vital Signs Taken

**Patient Vitals:**

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

☐ Current Med List Reviewed ☐ Psychiatrists Notes Reviewed ☐ Caseworker Notes Reviewed

**Notes / History:** ○ Free Text ○ SOAPE

*Added 05/06/2019 01:45 PM CST by lsukowaty Regional Medical Director*

ER notes reviewed. Referral made for ENT f/u and

soft mechanical diet

E-Signed by Laura Sukowaty, Regional Medical Director on 05/06/2019 01:45 PM CST

Page 1 of 1

(ATTACHMENT #1)